IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN SECURITY & AUDIO VIDEO SYSTEMS, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 5:21-cv-1416 |
| v. | ) ) | JUDGE BRIDGET MEEHAN BRENNAN |
| RONALD BAXTER, *et al.*, | ) ) | |
| Defendants. | ) | |
| RONALD BAXTER, | ) ) | |
| Plaintiff, | ) ) | CASE NO. 5:21-cv-2230 |
| v. | ) ) | |
| FRANK BAXTER, *et al.*, | ) ) | JUDGE BRIDGET MEEHAN BRENNAN |
| Defendants. | ) ) ) | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

The parties, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the counterclaims asserted by Frank Baxter, American Security & Audio Video Systems, Inc., Baxter Property Management, LLC, and American-Securicom, Inc. in consolidated case no. 5:21-cv-2230-BMB <u>without prejudice</u>.

Dated: March 24, 2023	Respectfully submitted,

/s/ *Daniel J. Rudary*
Christopher B. Congeni (0078160)
Annamarie E. Braga (0097775)
Rachel L. Hazelet (0097855)
**MATASAR JACOBS, LLC**
1111 Superior Avenue, Suite 1355
Cleveland, OH 44114
Phone:	(216) 453-8180
Fax:	(216) 282-8600
Email:	ccongeni@matasarjacobs.com
	abraga@matasarjacobs.com
	rhazelet@matasarjacobs.com

Daniel J. Rudary (0090482)
**BRENNAN, MANNA & DIAMOND, LLC**
75 E. Market Street
Akron, OH  44308
Phone:	(330) 253-5060
Fax:	(330) 253-1977
E-mail:	djrudary@bmdllc.com

*Counsel for Frank Baxter, American Security & Audio Video Systems, Inc., Baxter Property Management, LLC, and American-Securicom, Inc.*


/s/ *David L. Harvey* (per email consent 3/24/23)
David L. Harvey (0080918)
Matthew B. Abens (0075308)
Harvey + Abens Co., LPA
19250 Bagley Road, Suite 102
Middleburg Heights, OH 44013
Phone:	(216)651-0256
Fax:	(833)273-0003
Email:	dvdharv@harvlaw.com
	mbabens@harvlaw.com

*Counsel for Ronald Baxter, Andrea Baxter, and Complete Systems Integration, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March, 2023, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

            /s/ *Daniel J. Rudary*
            *Counsel for Frank Baxter, American Security &*
            *Audio Video Systems, Inc., Baxter Property*
            *Management, LLC, and American-Securicom, Inc.*